**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: **FIGUEROA TORRES, ALEX F & HERNANDEZ MARTINEZ, NAMIR**
Debtor(s)

Case No. **10-10280-13**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **11/03/2010**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **27** = $ **5,400.00**
$ **450.00** x **33** = $ **14,850.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **20,250.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **20,250.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,000.00**

Signed: **/s/ ALEX F FIGUEROA TORRES**
Debtor

**/s/ NAMIR HERNANDEZ MARTINEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. _____ Cr. _____
# **71010013978393** # _____ # _____
$ **1.00** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Banco Popular**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Jaime Rodriguez Law Office, PSC** Phone: **(787) 797-4174**

CHAPTER 13 PAYMENT PLAN

IN RE **FIGUEROA TORRES, ALEX F & HERNANDEZ MARTINEZ, NAMIR**  Case No. **10-10280-13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 2**

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **POPULAR AUTO** | | |

**LIQUIDATION VALUE - $0.00**
**PRIORITIES: $0.00**

**1. DEBTOR CONSENTS THE AUTOMATIC STAY IN FAVOR OF CREDITOR BANCO POPULAR DE PUERTO RICO (PROPERTY URB CAGUAX CAGUAS, PR).**

**2. "TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS".**

**3. DEBTOR SURRENDER ANY INTEREST IN FAVOR OF COOPERATIVA COMUNAL DE CAGUAS (CAGUAS COOP).**

**6. DEBTOR WILL PAY THROUGH THE PLAN POPULAR AUTO AUTOMOBILE LEASE CONTRACT ARREARS FOR THE AMOUNT OF $1,763.91 THROUGH THE PLAN. DEBTORS INSTRUCT TO TRUSTEE TO PAY SUCH ARREARS AFTER ADMINISTRATIVE AND ATTORNEY EXPENSES BENN PAID. DEBTORS WILL CONTINUE MAKING AUTOMOBILE LEASE CONTRACT POST-PETITION REGULAR PAYMENTS DIRECTLY TO POPULAR AUTO UNTIL MATURITY DATE 01/04/2013.**

**7. DEBTORS, PURSUANT 11 USC 365, 1322 (b) (7) AND FBR 6006 GIVES NOTICE THAT THEY ASSUME AUTOMOBILE LEASE CONTRACT ENTERED WITH LESSE POPULAR AUTO (JEEP COMPASS).**