# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ALEX F FIGUEROA TORRES
NAMIR HERNANDEZ MARTINEZ

Bkrtcy. No. 10-10280-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Oct 29, 2010 | Meeting Date: Dec 03, 2010 | DC Track No. 1 |
| Days from petition date: 35 | Meeting Time: 8:00 AM | |
| 910 Days before Petition: 5/2/2008 | ☐ Chapter 13 Plan Date: Nov 03, 2010 Dkt.# 7 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $20,250.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Dec 29, 2010 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | Total Paid In: $200.00 |

**I. Appearances:**  ☐ Telephone  ☐ Video Conference  ☒ Creditor(s) present:  ☐ None.

☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☒ Joint Debtor Present  ☒ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were  ☒ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s)  ☒ Present  ☐ Not Present
☐ Substitute attorney:   ☐ Pro-se.

Creditors present (handwritten): Alejandra Lopez - Ace Dry Cleaners; Herrera - BPPR Services; Rafael Loyos Montalvo - Ace Dry Cleaning; David Olsen - BPPR; Madeline - Ace-Dry Cleaning

**II.** Attorneys Fees as per R 2016(b) Statement  Attorney of record: JAIME RODRIGUEZ LAW OFFICE PSC*
Total Agreed: $3,000.00  Paid Pre-Petition: $1,000.00  Outstanding: $2,000.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are)  ☐ Under  ☒ Above Median Income.  Liquidation Value: 0
Commitment Period is  ☐ 36  ☒ 60 months.  [§1325(b)(1)(B)]  Gen. Unsecured Pool: 0
16.53% The Trustee  ☐ RECOMMENDS  ☒ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☒ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
☒ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☒ Fails Creditor's Best Interest Test §1325(A)(4)
☒ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

1) Schedule will amend means test to reflect Debtor's (her) actual income. Schedule I states that Debtor's (her) income is $2,021.00 while means test states that Debtor's income is $466.29

2) Debtor must submit paystubs and evidence of

/s/ José R. Carrión
Trustee

_____ Presiding Officer

Page 1 of 3

Date: Dec 03, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

actual income received by Debtor (him). Certification shows that Debtor (him) receives a $300.00 "bonus" or payment increase every third month.

4) Debtor will amend SOFA to state that Debtor donated to his 28 year old daughter a Ford Escort 1997.

5) Plan will be amended to provide that bonifications received by Debtor (her) received periodically through her work will be submitted to Plan. Debtor receives said bonuses when she is able to recruit a certain number of students in her program. Debtor (he) said she had not received said bonus six months prior to filing bankruptcy. Debtor will also amend Schedule I.

- Debtor will amend Schedule I to include Debtor's Christmas bonus.

- Debtor will request bifurcation of mortgage. Debtor has a mortgage with BPPR that encumbered a commercial property owned by Kache Cleaners, Debtor's former corporation, for which Debtors acted as co-debtors. Said mortgage also encumbers their residence in Urb. Arbolada, Caguas.

- Debtor will submit title study and appraisal for Urb. Arbolada, Caguas, Property.

- Debtor will submit comparables of property inherited by Debtor (her) in Urb. Mirador, Cayey.

Trustee / Presiding Officer    Page 2 of 2    Date: 12/3/2010

ADDITIONAL OBJECTIONS / COMMENTS:

3) Debtor will upload tax returns reviewed during creditors' meeting through TEDFA.

Debtor will amend ch. 13 plan to provide for payments of second mortgage with BPPR.

_____
Trustee / Presiding Officer

Page 2 of 2

Date: 10/3/2010